**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ARDAGH METAL PACKAGING USA CORP. F/K/A ARDAGH METAL BEVERAGE USA INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN CRAFT BREWERY, LLC D/B/A VARIOUS BOSTON BEER BREWERIES,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 1:22-cv-07367 (FUV) (JC)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO DISMISS CERTAIN COUNTERCLAIMS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Ardagh Metal Packaging USA Corp. ("Ardagh"), by and through undersigned counsel, respectfully moves the Court to dismiss certain counterclaims asserted by American Craft Brewery ("ACB") for breach of the duty of good faith and fair dealing (Counts IV and V), breach of warranty of fitness for a particular purpose (Counts VI and VII), and negligent misrepresentation (Count VIII) with prejudice and without leave to amend. Ardagh submits the accompanying memorandum of law in support of this motion.

**WHEREFORE**, Ardagh respectfully requests that this Court: (1) grant this motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6); (2) dismiss Counts IV–VIII with prejudice and without leave to amend; (3) continue the time for Ardagh to answer the remaining counterclaims (Counts I–III) until after this Court has decided this motion; and (4) grant Ardagh such other and further relief as the Court deems just and proper.

Respectfully submitted this the 26th day of June, 2023.

**Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc.,**

By:   /s/ *Adam J. Glazer*
Adam J. Glazer (IL ARDC No. 6199294)
Richard M. Goldwasser (IL ARDC No. 6205119)
**SCHOENBERG FINKEL BEEDERMAN BELL GLAZER, LLC**
300 South Wacker Drive, #1500
Chicago, IL 60606
Telephone: (312) 648-2300
Facsimile: (312) 648-1212
Adam.Glazer@sfbbg.com
Richard.Goldwasser@sfbbg.com

James P. McLoughlin, Jr. (N.C. Bar No. 13795)
(*Pro Hac Vice anticipated*)
Christopher D. Tomlinson (N.C. Bar No. 38811)
(*Pro Hac Vice anticipated*)
Elena F. Mitchell (N.C. Bar No. 50883)
(*Pro Hac Vice anticipated*)
Joseph M. Piligian (N.C. State Bar No. 57533)
(*Pro Hac Vice anticipated*)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
christomlinson@mvalaw.com
elenamitchell@mvalaw.com
joepiligian@mvalaw.com

## CERTIFICATE OF SERVICE

I, Adam J. Glazer, an attorney, certify that I served a copy of the foregoing **PLAINTIFF'S MOTION TO DISMISS CERTAIN COUNTERCLAIMS** upon the persons listed below by electronic transmission on this the 26th day of June, 2023.

> John T. Ruskusky (IL ARDC #6256605)
> jtruskusky@nixonpeabody.com
> Kathleen M. Mallon (IL ARDC #6336312)
> kmallon@nixonpeabody.com
> NIXON PEABODY LLP
> 70 W. Madison Street, Suite 5200
> Chicago, IL  60602-4378
> Telephone: (312) 977-4400
>
> Stephen M. LaRose (*pro hac vice admission*) (MA ARDC #654507)
> slarose@nixonpeabody.com
> NIXON PEABODY LLP
> Exchange Place, 53 State Street
> Boston, MA 02109-2835
> Telephone: (617) 345-1300

> */s/* Adam J. Glazer
> Adam J. Glazer