**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARDAGH METAL PACKAGING USA CORP., | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-07367 (JCD) (JA) |
| AMERICAN CRAFT BREWERY LLC, | |
| Defendant. | |

## JOINT MOTION TO RESET EXPERT DISCOVERY DEADLINES

The parties, Plaintiff Ardagh Metal Packaging USA Corp. ("Plaintiff" or "Ardagh") and Defendant American Craft Brewery LLC ("Defendant" or "ACB") (collectively, the "Parties"), hereby submit this joint motion (the "Motion") to request that the current expert discovery deadlines, which were proposed by the Parties and adopted by the Court on July 23, 2024 (Dkt. 184), be reset. In support of this Motion, the Parties states as follows:

1.      On July 16, 2024, prior to a July 23, 2024 hearing before the Court on the Parties' respective motions to compel additional discovery (the "Motions to Compel"), the Parties proposed expert discovery deadlines. Specifically, the Parties proposed the following deadlines:

- Friday, September 6, 2024 for initial expert reports;

- Friday, October 18, 2024 for rebuttal expert reports; and

- Friday November 15, 2024 to complete expert depositions.

(Dkt. 179 at 3–4.)

2.      On July 23, 2024, the Court adopted the Parties' proposed expert discovery schedule. (Dkt. 184.)

3.      Due to intervening developments since the Parties filed their proposed expert

1

discovery schedule, as well as the pendency of the Parties' respective Motions to Compel requesting additional fact discovery, the Parties are in agreement that the deadline for initial expert reports and subsequent expert deadlines should be extended.

4. **First**, the Parties' respective Motions to Compel (Dkt. Nos. 144–145 (Defendant's), 158, 171 (Plaintiff's)) remain pending. The Court heard argument regarding the motions to compel on July 23, 2024 and thereafter indicated that it would rule by mail. (Dkt. 184.) Each Party's Motion requests additional fact discovery, including additional time with the other Party's Rule 30(b)(6) corporate representative(s) and the production of additional documents, including related to damages issues potentially affecting initial expert reports.

5. **Second**, one of Defendant's experts will be out of the country from approximately August 30 to September 18, 2024 in connection with a family member's medical procedure occurring outside of the United States.

6. **Third**, both parties have served subpoenas on certain third parties regarding materials and machinery that remain to be answered relating to the build-up issues alleged in Defendant's counterclaims.

7. Thus, to allow time for the Parties to address any relief granted in connection with the motions to compel, complete any remaining fact discovery, and complete the procurement and testing of relevant materials and drafting of initial expert reports, the Parties request that the current expert discovery deadlines be stricken and reset as follows:

- Deadline for the close of fact discovery: 45 days following the Court's rulings on the Parties' pending Motions to Compel;

- Deadline for initial expert reports: 30 days following the close of fact discovery;

- Deadline for rebuttal expert reports: 45 days following submission of initial expert reports; and

- Deadline to complete expert depositions: 30 days following submission of rebuttal expert reports.

8. This request is brought in good faith, by agreement of the Parties, and not for any improper purpose. The requested relief will not prejudice any Party to this proceeding.

**WHEREFORE**, and for the foregoing reasons, the Parties hereby request that the Court enter an order striking the current expert discovery deadlines, to be reset following rulings on the Parties' pending Motions to Compel additional fact discovery.

Dated: August 20, 2024

**Attorneys for Plaintiff**

/s/ *Christopher D. Tomlinson*
Adam J. Glazer (IL ARDC No. 6199294)
Richard M. Goldwasser (IL ARDC No. 6205119)
SCHOENBERG FINKEL BEEDERMAN BELL GLAZER, LLC
300 South Wacker Drive, #1500
Chicago, IL 60606
Telephone: (312) 648-2300
Facsimile: (312) 648-1212
Adam.Glazer@sfbbg.com
Richard.Goldwasser@sfbbg.com

James P. McLoughlin, Jr. (N.C. Bar No. 13795)
(*pro hac vice admission*)
Christopher D. Tomlinson (N.C. Bar No. 38811)
(*pro hac vice admission*)
Benjamin E. Shook
(*pro hac vice admission*)
Elena F. Mitchell (N.C. Bar No. 50883)
(*pro hac vice admission*)
Drew P. Newman (N.C. Bar No. 58746)
(*pro hac vice pending*)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
christomlinson@mvalaw.com
benshook@mvalaw.com
elenamitchell@mvalaw.com
drewnewman@mvalaw.com

**Attorneys for Defendant**

/s/ *John T. Ruskusky*
John T. Ruskusky (IL ARDC #6256605)
jtruskusky@nixonpeabody.com
Kathleen M. Mallon (IL ARDC #6336312)
kmallon@nixonpeabody.com
David M. Pattee (IL ARDC # 6317265)
dmpattee@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL  60602-4378
Telephone: (312) 977-4400

Stephen M. LaRose (*pro hac vice admission*) (MA ARDC #654507)
slarose@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place, 53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1300