IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARDAGH METAL PACKAGING USA CORP. F/K/A ARDAGH METAL BEVERAGE USA INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: 1:22-cv-07367 (JCD) (JA) ) |
| AMERICAN CRAFT BREWERY, LLC D/B/A VARIOUS BOSTON BEER BREWERIES, | ) ) ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

In accordance with the Court's October 4, 2024 order (the "Order") directing the parties to submit a status report by October 28, 2024 (Dkt. 198), setting forth what additional discovery has been completed, what discovery remains, a reasonable proposal for the close of fact discovery and expert deadlines, and whether any discovery disputes remain, the parties jointly submit this status report.

1. Since the parties' last joint status report, filed July 16, 2024 (Dkt. 179), the parties have made additional document productions and each served additional written discovery requests on the other. Responses to the pending discovery requests are currently due over the next few weeks, with the deadline for the latest requests served by Defendant being November 18, 2024. The parties will promptly meet and confer on any issues related to these requests. The parties propose to raise any unresolved issues with the Court no later than November 22, 2024.

2. Pursuant to the Order, the parties have met and conferred regarding ACB's Request Nos. 1, 27, 29, 35, 45, 46, 47, and 76. ACB raised three remaining issues with Ardagh: (1) quarterly reports for 2024; (2) unredacted versions of certain documents; and (3) documents related to

Ardagh's decision to close its Whitehouse plant. Ardagh agreed to produce responsive documents and made a production on Friday October 25 that resolves (1) and (2). Ardagh also produced documents responsive to (3), but the parties continue to confer on this item. Additionally, ACB identified an unproduced report or reports potentially relevant to ACB's quality-related counterclaims referenced in Ardagh's productions. The parties continue to confer regarding this issue as well.[1]

3. As raised with the Court at the parties' last hearing, ACB represented that it would be supplementing its response to Interrogatory No. 13. ACB served this supplement on August 2, 2024. Ardagh has raised several issues with ACB's supplementation of Interrogatory No. 13. The parties continue to confer regarding ACB's response to this Interrogatory, and the parties propose to raise any unresolved issues with the Court no later than November 22, 2024.

4. Both parties have served document subpoenas on various third parties. Ardagh served document subpoenas on Douglas Machine, Inc.; Graphic Package International, LLC; PPG Industries, Inc.; and Ball Corporation. ACB served document subpoenas on Anheuser-Busch, LLC, Mark Anthony Brewing, Inc. and PPG. The parties are conferring with these third parties regarding the subpoenas and corresponding document productions. If any issues regarding these subpoenas are not resolved, the parties will file any necessary motions to compel no later than November 22, 2024.

5. Pursuant to the Order, the parties have agreed on a schedule for the remaining depositions. Specifically, ACB will depose Ardagh 30(b)(6) designee Mike McGregor regarding

---

[1] The parties expect that these remaining issues will be resolved without Court intervention. Therefore, while the parties note these remaining issues for the record, the parties have not included herein a chart—as referenced in the Court's October 4, 2024 minute order (ECF No. 197)—summarizing a ripe discovery dispute for the Court's determination. If any issues remain, the parties propose to raise any unresolved issues with the Court no later than November 22, 2024.

Topic No. 15 and the spreadsheets identified in the Order on November 11, 2024. Ardagh will take Defendant's Rule 30(b)(6) deposition on Topic Nos. 7, 33, and 34 on November 13, 2024. The depositions will be limited to a total of 2 hours each.

6. ACB filed an Objection to certain aspects of the Order on October 18, 2024 (Dkt. 200). The Objection will be fully briefed by November 4, 2024. (Dkt. 203).

7. The parties respectfully propose the following discovery deadlines:

- Monday, November 25, 2024: Close of fact discovery (other than items addressed in the Objection or raised with Court by November 22, 2024).

- Friday, December 20, 2024: Deadline for initial expert reports.

- Friday, February 21, 2025: Deadline for rebuttal expert reports.

- Friday, March 21, 2025: Deadline to complete expert depositions.

**Attorneys for Plaintiff:**

/s/ Richard M. Goldwasser
Adam J. Glazer (local counsel) (IL ARDC No. 6199294)
adam.glazer@sfbbg.com
Richard M. Goldwasser (local counsel) (IL ARDC No. 6205119)
richard.goldwasser@sfbbg.com
SCHOENBERG FINKEL BEEDERMAN BELL GLAZER, LLC
300 South Wacker Drive, #1500
Chicago, IL 60606
Telephone: (312) 648-2300

James P. McLoughlin, Jr. (lead trial attorney) (*pro hac vice admission*)
jimmcloughlin@mvalaw.com
Christopher D. Tomlinson (lead trial attorney) (*pro hac vice admission*)
christomlinson@mvalaw.com
Benjamin E. Shook (*pro hac vice admission*)
benshook@mvalaw.com
Elena F. Mitchell (*pro hac vice admission*)
elenamitchell@mvalaw.com
Drew P. Newman (*pro hac vice admission*)
drewnewman@mvalaw.com

3

MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000

**Attorneys for Defendants:**

/s/ John T. Ruskusky
John T. Ruskusky (IL ARDC #6256605) (lead trial attorney)
jtruskusky@nixonpeabody.com
Kathleen M. Mallon (IL ARDC #6336312)
kmallon@nixpeabody.com
David M. Pattee (IL ARDC #6317265)
dmpattee@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4440

Stephen M. LaRose (*pro hac vice admission*) (MA ARDC #654507) (lead trial attorney)
slarose@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place, 53 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-1000