IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARDAGH METAL PACKAGING USA CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CRAFT BREWERY LLC, <br><br> Defendant. | Case No. 1:22-cv-07367 (JCD) (JA) |

**DEFENDANT'S STATUS REPORT REGARDING DISCOVERY ISSUES**

In accordance with the Court's November 1, 2024 Order directing the parties to raise any additional discovery issues by November 11, 2024 (ECF No. 209), Defendant submits this status report.

1. On October 28, 2024, the parties submitted a joint status report which outlined certain discovery issues regarding which the parties had either resolved or continued to confer. (ECF No. 207, ¶¶ 2–3.) The status report noted that one of the issues (then understood to be resolved) pertained to "unredacted versions of certain documents." (*Id.* ¶ 2.)

2. The status report further confirmed that Defendant would depose Plaintiff's Rule 30(b)(6) designee Mike MacGregor on November 11, 2024 regarding Defendant's Topic No. 15 as well as certain late-produced spreadsheets (the "Spreadsheets"). (*Id.* ¶ 5; *see* ECF No. 198 (10/4/2024 Order on Motions to Compel), ¶¶ 14–15.)

3. In preparing for Mr. MacGregor's deposition, on Thursday, November 7, 2024, counsel for Defendant identified changes made by Plaintiff in five of the Spreadsheets to replace certain information with the text "[REDACTED]." These redactions were not previously identified by counsel for Defendant, including because: (1) they are reflected within the text in voluminous

Spreadsheets containing as many as thirty tabs; and (2) the metadata produced by Plaintiff does not reflect that redactions have been applied to the Spreadsheets, despite the requirement to do so pursuant to the parties' Agreed ESI Protocol entered by the Court. (ECF No. 77 at 6–7, ¶ 2 (requiring the production of a load filing containing standard metadata fields, including, "Redaction: Yes/No filed that indicates whether a documents *[sic]* has been redacted.").)

4. Counsel for Defendant raised the issue with Plaintiff's counsel on the same day, November 7, 2024, requesting that the unmodified versions of the five Spreadsheets be produced ahead of Mr. MacGregor's deposition. The parties have exchanged multiple emails on the issue, and Plaintiff has refused to produce the five unmodified Spreadsheets, primarily based on the timing of the request and the assertion that the information redacted therein is somehow different from information that Plaintiff previously agreed to unredact in other documents.

5. Defendant stated its intention to keep Mr. MacGregor's deposition open until the issue is resolved. Plaintiff has maintained that it will not produce the unmodified documents and will not agree to keep Mr. MacGregor's deposition open.

6. At the deposition, which occurred earlier today, Mr. MacGregor was not able to answer numerous questions about the spreadsheets or these redactions.

7. Defendant's counsel will confer with Ardagh's counsel this week in an effort to resolve this issue without court intervention. Absent an agreement between the parties, ACB expects to seek leave to file a short motion to compel of no more than five pages (not including exhibits) to address this discovery issue.

8. Despite Plaintiff's assertion, the information removed from the Spreadsheets is substantially similar to information provided by Plaintiff in various Ardagh quarterly reports (including LRP and GIBR presentations) and Commercial Actions Updates, which Plaintiff

2

initially redacted but later agreed to unredact upon request. There is no basis for differential treatment here.

9. Defendant, moreover, will be prejudiced by Plaintiff's improper modification of the Spreadsheets because they contain information directly relevant to Plaintiff's alleged damages and the basis and corresponding costs that Ardagh incurred to add, convert and/or shut down certain lines (for which Ardagh also seeks damages). For example, one of the Spreadsheets, AMP0045811, reflects in its "LRP Recap" tab information regarding long-range allocation of production capacity at Ardagh's Winston-Salem facility to certain customers in connection with Ardagh's can sale projections. Despite Plaintiff's attempt to quantify and seek any alleged damages in terms of the EBITDA (profit) impact to Ardagh, Plaintiff has specifically removed the names of other 12 oz. sleek customers next to EBITDA margins greatly exceeding the EBITDA purportedly attributable to Plaintiff's expected sales to Defendant. There is no basis for Plaintiff's continued selective redactions. This information is relevant to defend against Plaintiff's large damages claim and any confidentiality claims are covered by the existing Protective Order.

10. Additionally, Defendant states that Plaintiff's responses to additional written discovery requests referenced in the parties' October 28, 2024 status report are due by November 18, 2024. (*See* ECF No. 207, ¶ 1.) If any additional issues arise based on Plaintiff's responses, Defendant plans to timely raise them with the Court on or before November 22, 2024.

Dated: November 11, 2024     Respectfully submitted,

AMERICAN CRAFT BREWERY LLC,

By and through its attorneys,

*/s/ John T. Ruskusky*

*Counsel for Defendant, American Craft Brewery LLC*

John T. Ruskusky (IL ARDC #6256605)
jtruskusky@nixonpeabody.com
David M. Pattee (IL ARDC #6317265)
dmpattee@nixonpeabody.com
Kathleen M. Mallon (IL ARDC #6336312)
kmallon@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602-4378
Telephone: (312) 977-4400

Stephen M. LaRose (admitted *pro hac vice*)
(MA ARDC #654507)
slarose@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place, 53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1300

## **CERTIFICATE OF SERVICE**

      I, John T. Ruskusky, an attorney, certify that on November 11, 2024, I caused a copy of the foregoing to be served on Plaintiff's counsel, at the email addresses listed on the Court's most recent ECF-notification issued in this case.

                                                                     /s/ *John T. Ruskusky*