IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARDAGH METAL PACKAGING USA CORP. F/K/A ARDAGH METAL BEVERAGE USA INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No: 1:22-cv-07367 (JCD) (JA) |
| AMERICAN CRAFT BREWERY, LLC D/B/A VARIOUS BOSTON BEER BREWERIES, | ) ) ) ) ) |
| Defendant. | ) ) |

**PARTIES' JOINT MOTION TO SEAL
PORTIONS OF PARTIES' JOINT STATUS REPORT**

Plaintiff Ardagh Metal Packaging USA Corp. ("Ardagh") and Defendant American Craft Brewery ("ACB"), pursuant to Local Rules 5.8 and 26.2, respectfully move the court for an Order granting the parties leave to file under seal portions of their Joint Status Report ("Status Report") and attached Exhibits A, B, C, G, H, and 4-7.

1. The parties respectfully seek leave to file under seal portions of the Status Report and related exhibits that quote or reference certain: (A) written discovery responses, (B) deposition testimony; or (C) documents produced by Ardagh or third-party Douglas Machinery, Inc. ("Douglas")—that have been designated as Confidential under the Agreed Confidentiality Order (ECF No. 64) or Amended Agreed Confidentiality Order (ECF No. 167) by either ACB, Ardagh, or Douglas.

2. Good cause justifies sealing portions of the Status Report and Exhibits A, B, C, G, H, and 4-7. *See Kotoklo v. Karpinski*, No. 20-CV-0635, 2021 WL 4516362, at *1 (N.D. Ill. Apr.

12, 2021) ("Local Rule 26.2 requires a party to show that 'good cause' exists to seal a paper from the public record."). As noted, the Status Report references and attaches discovery responses, deposition testimony, or documents designated as Confidential or Highly Confidential Information, and which ACB, Ardagh, or Douglas asserts discusses ACB's, Ardagh's, or Douglas's business.

3. The commercially sensitive information the parties seek to protect is highlighted in the unredacted version of the Status Report and Exhibits A, B, C, G, H, and 4-7 filed concurrently on the public docket under seal.

4. A redacted version of the Status Report and Exhibits A, B, C, G, H, and 4-7 also are being filed concurrently on the public docket.

5. This Joint Motion to Seal is made in good faith and not for the purpose of delay or harassment.

6. The parties are aware that absent an Order extending or setting aside the sealing, the Status Report, and its contents and exhibits will become public on the seventh day following the date of the filing of this Joint Motion to Seal.

7. For all these reasons, the parties request under Local Rules 5.8 and 26.2 that this Joint Motion to Seal be granted and the unredacted version of the Status Report and Exhibits A, B, C, G, H, and 4-7 remain under seal.

WHEREFORE, the parties respectfully request that the Court enter an Order treating its unredacted Status Report and Exhibits A, B, C, G, H, and 4-7 under seal and granting any further or additional relief the Court deems appropriate.

Respectfully submitted this the 22nd day of November, 2024.

**Ardagh Metal Packaging USA Corp.**
**f/k/a Ardagh Metal Beverage USA Inc.,**

| | |
|---|---|
| */s/ Adam J. Glazer* | James P. McLoughlin, Jr. |
| Adam J. Glazer | (admitted *pro hac vice*) |
| Richard M. Goldwasser | Christopher D. Tomlinson |
| **SCHOENBERG FINKEL BEEDERMAN BELL** | (admitted *pro hac vice*) |
| **GLAZER, LLC** | Benjamin E. Shook |
| 300 South Wacker Drive, #1500 | (admitted *pro hac vice*) |
| Chicago, Illinois 60606 | Elena F. Mitchell |
| Telephone: (312) 648-2300 | (admitted *pro hac vice*) |
| Facsimile: (312) 648-1212 | Drew P. Newman |
| Adam.Glazer@sfbbg.com | (admitted *pro hac vice*) |
| Richard.Goldwasser@sfbbg.com | **MOORE & VAN ALLEN PLLC** |
| | 100 North Tryon Street, Suite 4700 |
| | Charlotte, North Carolina 28202-4003 |
| | Telephone: (704) 331-1000 |
| | Facsimile: (704) 331-1159 |
| | jimmcloughlin@mvalaw.com |
| | christomlinson@mvalaw.com |
| | benshook@mvalaw.com |
| | elenamitchell@mvalaw.com |
| | drewnewman@mvalaw.com |

**American Craft Brewery, LLC,**
/s/ John T. Ruskusky
John T. Ruskusky (IL ARDC #6256605)
jtruskusky@nixonpeabody.com
Kathleen M. Mallon (IL ARDC #6336312)
kmallon@nixpeabody.com
David M. Pattee (IL ARDC #6317265)
dmpattee@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4440

Stephen M. LaRose (*pro hac vice admission*) (MA ARDC #654507) (lead trial attorney)
slarose@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place, 53 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-1000

## **CERTIFICATE OF SERVICE**

I, Adam J. Glazer, hereby certify that I have served all counsel of record by filing the foregoing **PARTIES' JOINT MOTION TO SEAL PORTIONS OF PARTIES' JOINT STATUS REPORT** using the Court's electronic case filing system.

Dated: November 22, 2024

*/s/ Adam J. Glazer*
Adam J. Glazer