# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Ardagh Metal Packaging USA Corp.

                                  Plaintiff,

v.                                             Case No.: 1:22–cv–07367
                                              Honorable Jeremy C. Daniel

American Craft Brewery, LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

       MINUTE entry before the Honorable Jeannice W. Appenteng:The Court has reviewed the parties' 11/22/24 joint status reports [226], [229], which outline the parties' positions regarding plaintiff's Interrogatory No. 13. The parties should be prepared to discuss their arguments at the 12/6/24 hearing. The 12/2/24 deadline to file a joint status report stands and by that date the parties shall confirm that fact discovery is complete. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.