IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARDAGH METAL PACKAGING USA CORP. F/K/A ARDAGH METAL BEVERAGE USA INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:22-cv-07367 (JCD) (JA) |
| AMERICAN CRAFT BREWERY, LLC D/B/A VARIOUS BOSTON BEER BREWERIES, | ) ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with the Court's November 1 and November 26, 2024, Minute Entries directing the parties to confirm the completion of fact discovery via a joint status report filed on December 2, 2024 (Dkts. 209 and 231), the parties jointly submit this joint status report. As set forth below, outstanding fact discovery issues remain between the parties, and both sides have sought additional fact discovery with the Court. Thus, the parties agree that fact discovery should not be considered closed until the resolution of these issues.

1. Since the joint status report filed on October 28, 2024 (Dkt. 207), the parties have served responses and objections to then-pending written discovery requests.

2. Pursuant to the Court's October 4, 2024 Order (Dkt. No. 198), on November 11, 2024, ACB deposed Ardagh's Rule 30(b)(6) designee Mike McGregor, and on November 13, 2024, Ardagh deposed ACB's Rule 30(b)(6) designees Tom Clark, Michelle Nangle, and Kevin Bednarzyk.

3. On November 11, 2024, ACB filed a status report (Dkt. No. 215) regarding discovery issues related to the deposition of Ardagh's 30(b)(6) designee Mike MacGregor and

redactions in spreadsheets identified in the Court's October 4, 2024 Order (Dkt. No. 198) (the "Disputed Redactions").

4. On November 15, 2024, the parties filed a joint status report (Dkt. 221) outlining their respective positions regarding the Disputed Redactions.

5. On November 22, 2024, the parties filed a joint status report (Dkt. 229) outlining their respective positions regarding ACB's response to Ardagh's Interrogatory No. 13.

6. Pursuant to the Court's November 15 and November 26, 2024 Minute Entries (Dkt. Nos. 220 and 231), the parties will be prepared to discuss the Disputed Redactions and ACB's response to Ardagh's Interrogatory No. 13 at the telephonic hearing scheduled for December 6, 2024.

7. On November 20, 2024, counsel for the parties also met and conferred regarding additional outstanding discovery issues. The parties have been able to resolve some, but not all of those issues.

8. Ardagh continues to seek the following discovery from ACB: Additional deposition time with ACB's 30(b)(6) designees on the following two topics on which the designees were supposed to be prepared to testify on November 13:

   a. Topic No. 33 (ACB's alleged damages and efforts taken to mitigate those alleged damages); and

   b. Topic No. 34 (ACB's forecasts or plans concerning the purchase of cans from Ardagh under the Amended Agreement in 2024, 2025, and 2026).

9. ACB continues to seek the following discovery from Ardagh and in one case from a non-party:

   a. Documents and information relating to Ardagh's capacity and damages claims.

2

      i. EBITDA Documents (RFP No. 136)

      ii. Capacity-Related Documents Including an Ardagh Plant Closure (RFP Nos. 108-111, 134-135 and RFA Nos. 475-92

      iii. Plant-Level P&L Statements (RFP Nos. 112-120)

      iv. Documents Underlying Costs of Capital Investments (RFP Nos. 138-44)[1]

  b. Documents and information relating to contracts and forecasts.

      i. RFAs relating to the Ardagh-ACB contract provisions (RFAs 178-79, 181-82)

      ii. Ardagh's Customer Forecasts, Volumes, and Contracts (RFP Nos. 121-131, RFAs 122, 189, 279-90, 292-94, 381-82, 436-62)

  c. Documents responsive to a subpoena served on non-party Mark Anthony Brewing ("MAB")[2]

10. The parties respectfully request leave to file a joint status report setting forth their positions (in no more than five pages each) on the outstanding discovery issues set forth in paragraphs 8 and 9 above prior to the telephonic hearing scheduled for December 6, 2024. The parties are prepared to file their respective positions on December 4, 2024.

**Attorneys for Plaintiff:**

/s/ Richard M. Goldwasser
Adam J. Glazer (local counsel) (IL ARDC No. 6199294)
adam.glazer@sfbbg.com
Richard M. Goldwasser (local counsel) (IL ARDC No. 6205119)
richard.goldwasser@sfbbg.com
SCHOENBERG FINKEL BEEDERMAN BELL GLAZER, LLC

---

[1] ACB may seek continued 30(b)(6) deposition time of Ardagh following any such document production and will raise the issue with the Court if necessary at that time.

[2] Defendant plans to file a short Motion to Show Cause this week relating to MAB's refusal to produce any responsive documents to a document subpoena.

300 South Wacker Drive, #1500
Chicago, IL 60606
Telephone: (312) 648-2300

James P. McLoughlin, Jr. (lead trial attorney) (*pro hac vice admission*)
jimmcloughlin@mvalaw.com
Christopher D. Tomlinson (lead trial attorney) (*pro hac vice admission*)
christomlinson@mvalaw.com
Benjamin E. Shook (*pro hac vice admission*)
benshook@mvalaw.com
Elena F. Mitchell (*pro hac vice admission*)
elenamitchell@mvalaw.com
Drew P. Newman (*pro hac vice admission*)
drewnewman@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000

**Attorneys for Defendants:**

/s/ John T. Ruskusky
John T. Ruskusky (IL ARDC #6256605) (lead trial attorney)
jtruskusky@nixonpeabody.com
Kathleen M. Mallon (IL ARDC #6336312)
kmallon@nixpeabody.com
David M. Pattee (IL ARDC #6317265)
dmpattee@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4440

Stephen M. LaRose (*pro hac vice admission*) (MA ARDC #654507) (lead trial attorney)
slarose@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place, 53 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-1000