IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARDAGH METAL PACKAGING USA CORP., | ) ) ) | Case No. 22-cv-07367 |
| Plaintiff, | ) ) | District Judge Jeremy C. Daniel |
| v. | ) ) | Magistrate Judge Jeannice W. Appenteng |
| AMERICAN CRAFT BREWERY, LLC. | ) ) ) | |
| Defendant. | | |

## ORDER

Telephonic status hearing held on December 6, 2024 regarding fact discovery issues. For the reasons discussed on the record during the hearing, and for the reasons below, the Court orders the following:

### I.    Defendant's Request for Unredacted Spreadsheets

Defendant seeks five unredacted spreadsheets to compare specific customer projections to their actual purchases. *See* Dkt. 222. The Court denies defendant's request for unredacted customer names, for the same reasons stated in the July 23, 2024 hearing and the Court's October 4, 2024 order (Dkt. 198). However, plaintiff shall provide defendant with the means to anonymously match the customers in the five spreadsheets to the customers in the "actual purchases" spreadsheets produced to defendant during discovery. By December 31, 2024, the parties shall meet and confer about how to accomplish this, and plaintiff shall provide the information.

### II.    Interrogatory 13

Plaintiff seeks additional supplementation to its Interrogatory 13, which asks about changes made to defendant's machinery or production-line settings from 2019 to present. *See* Dkt. 229. During the hearing, defendant's counsel informed the Court that defendant could run reports responsive to the plaintiff's request, but counsel could not identify the scope of information that could be obtained nor the timeline to produce reports. By December 20, 2024, the parties shall meet and confer to determine what information regarding changes can be captured in the reports. By January 10, 2025, defendant shall produce the reports. To the extent defendant cannot produce certain information sought through Interrogatory 13, (*e,g.*, the categories of information on page 10 of Dkt. 229), by January 10, 2025,

defendant shall file a sworn certification identifying the information it cannot provide.

### III. Plaintiff's Request for Additional 30(b)(6) Deposition Time

Plaintiff seeks additional deposition time regarding Topics 33 and 34, arguing the designees who sat on November 13, 2024 were unable to answer specific questions and referenced other individuals with knowledge on the topics. For the reasons discussed during the hearing, the Court found that regarding Topic 34, plaintiff received the desired answers from at least one designee. Accordingly, the request for time on Topic 34 is denied. As to Topic 33, by December 10, 2024, the parties shall file a joint status report, not longer than five pages total, that identifies the pages of the November 13, 2024 deposition transcript(s) at issue. Each side shall briefly outline its position on whether additional deposition time is required and shall attach the necessary transcripts.

### IV. Defendant's October 2024 Discovery Requests

Through numerous discovery requests, defendant seeks documents and information relating to plaintiff's (1) capacity and damages claims, and (2) contracts and forecasts. *See* Dkt. 232. To address the outstanding disputes, defendant shall file a motion to compel, limited to the requests identified in Paragraph 9 of Dkt. 232, the December 2, 2024 joint status report. Defendant's arguments shall be tailored to how the discovery sought is relevant to any element of a party's claim or defense. Defendant shall file the motion by December 10, 2024. Plaintiff's response is due by December 13, 2024. No reply without leave of Court.

### V. Other Discovery Issues

Plaintiff's challenge to defendant's confidentiality designations, *see* Dkts. 186, 191, remains under advisement.

Finally, by December 9, 2024, the parties shall file a joint status report indicating whether they will meet the December 20, 2024 deadline to exchange initial expert reports.

**SO ORDERED.**

_____
**Jeannice W. Appenteng**
**United States Magistrate Judge**

Date: 12/6/2024