IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARDAGH METAL PACKAGING USA CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CRAFT BREWERY LLC, <br><br> Defendant. | Case No. 1:22-cv-07367 (JCD) (JA) |

## JOINT STATUS REPORT

In accordance with the Court's December 6, 2024 Order (Dkt. No. 237), the parties respectfully submit this joint status report indicating whether they will meet the December 20, 2024 deadline to exchange initial expert reports.

Ardagh's Position: Ardagh's position is that the December 20 deadline for initial expert reports should not be extended again. If the Court grants ACB's extension request below, Ardagh respectfully requests that this same extension apply to both sides' expert reports.

ACB's Position: ACB's position is that the pending fact discovery disputes (Dkt. 201, 215, 221, 226, 229, 232 and 237) directly bear on the matters that will be addressed by experts, and thus to avoid the costs and inefficiency of supplementing expert reports after the discovery disputes are resolved, the expert schedule dates should be reset by 4-weeks (for both parties) to allow for these discovery disputes to be addressed by the Court and fact discovery to be completed first.

Respectfully submitted this the 9th day of December, 2024,

**Ardagh Metal Packaging USA Corp.**
**f/k/a Ardagh Metal Beverage USA Inc.,**

| | |
|---|---|
| /s/ *Adam J. Glazer* | |
| Adam J. Glazer | James P. McLoughlin, Jr. |
| Richard M. Goldwasser | (admitted *pro hac vice*) |
| **SCHOENBERG FINKEL BEEDERMAN BELL** | Christopher D. Tomlinson |
| **GLAZER, LLC** | (admitted *pro hac vice*) |
| 300 South Wacker Drive, #1500 | Benjamin E. Shook |
| Chicago, Illinois 60606 | (admitted *pro hac vice*) |
| Telephone: (312) 648-2300 | Elena F. Mitchell |
| Facsimile: (312) 648-1212 | (admitted *pro hac vice*) |
| Adam.Glazer@sfbbg.com | Drew P. Newman |
| Richard.Goldwasser@sfbbg.com | (admitted *pro hac vice*) |
| | **MOORE & VAN ALLEN PLLC** |
| | 100 North Tryon Street, Suite 4700 |
| | Charlotte, North Carolina 28202-4003 |
| | Telephone: (704) 331-1000 |
| | Facsimile: (704) 331-1159 |
| | jimmcloughlin@mvalaw.com |
| | christomlinson@mvalaw.com |
| | benshook@mvalaw.com |
| | elenamitchell@mvalaw.com |
| | drewnewman@mvalaw.com |

**American Craft Brewery, LLC,**

/s/ *John T. Ruskusky*
John T. Ruskusky (IL ARDC #6256605)
jtruskusky@nixonpeabody.com
Kathleen M. Mallon (IL ARDC #6336312)
kmallon@nixpeabody.com
David M. Pattee (IL ARDC #6317265)
dmpattee@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4440

Stephen M. LaRose (*pro hac vice admission*) (MA ARDC #654507) (lead trial attorney)
slarose@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place, 53 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-1000