UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Ardagh Metal Packaging USA Corp.
                         Plaintiff,

v.                                                     Case No.: 1:22–cv–07367
                                                     Honorable Jeremy C. Daniel

American Craft Brewery, LLC
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 16, 2025:

      MINUTE entry before the Honorable Jeannice W. Appenteng: Motion hearing held 1/16/2025 regarding defendant's motion for rule to show cause [235]. Defendant subpoenaed documents from third–party Mark Anthony Brewing Inc. (MABI) under Federal Rule of Civil Procudure 45. After MABI objected to the document requests, defendant filed its motion seeking an order compelling production and arguing MABI failed to comply without adequate excuse, invoking Rule 34(c) and Rule 45(g). Under these circumstances, this Court is not authorized to resolve Rule 45(g) motions. See 28 U.S.C. § 636(e). Accordingly, the Court will resolve the motion under Rule 34(c). As discussed during the hearing, defendant further narrowed its requests to MABI's non–conformist receipt (NCR) documents related to the 2019 build–up issue. As further discussed, the parties confirmed that plaintiff disclosed these documents to defendant during discovery and MABI represented that no other NCR documents for this incident exist. For the reasons stated on the record, the Court finds that all other internal communications and analyses of the 2019 build–up issue in MABI's possession are not relevant to any claim or defense in this litigation. Accordingly, the Court will not compel MABI to make disclosures pursuant to the subpoena. *See DeLeon–Reyes v. Guevara*, No. 1:18–CV–01028, 2020 WL 3050230, at *7 (N.D. Ill. June 8, 2020) (declining to enforce third–party subpoenas when requesting party did not show documents were relevant). For all these reasons and those given on the record, defendant's motion [235] is denied. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.