**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 7/30/2025

Case Number: 1:22-cv-07367

Case Title: Ardagh Metal Packaging USA Corp. v. American Craft Brewery, LLC

Judge: Jeremy C. Daniel

**DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW**

- ☐ Document entered in error.
- ☑ Document withdrawn or removed per court order [372 ] of Judge Jeannice W. Appenteng
- ☐ Incorrect Document linked.
- ☐ Other:
- ☐ Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ M. Nowak
Deputy Clerk